[No. 8101–6–II.   Division Two.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
LEONARD CRISPIN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 84–1–00053–7, Grant S. Meiner, J., entered September 14, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 16348–5–I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO
BACOT–GARCIA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02837–4, James J. Dore, J., entered April 16, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Grosse, JJ.

[Nos. 16929–7–I; 18254–4–I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
JAMES LAWKINS, *Appellant.*

*In the Matter of the Personal Restraint of*
MICHAEL JAMES LAWKINS, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00432–7, Paul D. Hansen, J., entered July 22, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.